Victor Daniel Soltero   K36340
HIGH DESERT STATE PRISON  D5 210
P.O. Box 3030
Susanville, CA 96127

**FILED**
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

April 25, 2008

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Attn: Nichole Heuerman, Deputy Clerk

**E-filing**

Re: Soltero v. McGrath et al., Case No. C07 4256 PJH (PR)(FILED AUG 8, 2007); Soltero v. McGrath et al., Case No. CV08 1763 PJH(PR)(FILED APR 2, 2008).

Dear Office of the Clerk, U.S. District Court,

friendly greeting(s). Plaintiff, an inmate at High Desert State Prison, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis, Soltero v. McGrath et al., No. C07 4256 PJH(PR).

Plaintiff has timely complied with court order (to AMEND COMPLAINT) dated March 10, 2008. "The amended complaint must include the caption and civil case number used in this order and the words AMENDED COMPLAINT on the first page." (See inclosed copy of order pg. 4, L 12-14.).

1.

Plaintiff has recieved an notice (file date Apr 2, 2008 from your Clerk(s) office, notifying him that his amended complaint is now filed under an new case number Soltero v. McGrath etal. CV08 1763 PJH (PR), and the plaintiff must apply for grant to proceed in forma pauperis.

This has given the Plaintiff pause to presume there may have been some confusion, where his AMENDED COMPLAINT pursuant to the March 10, 2008, order, may have been recieved and filed by the Clerk as an new Complaint under 42 U.S.C. 1983.

Should this new case number and grant to proceed in forma pauperis notification be the correct protocol:

(1) The Plaintiff apologize(s) for being presumptuous;

(2) Fowards (here inclosed) completed application to proceed in forma pauperis, (better the Court have it and not need it, then for it to be needed and the court not having it.);

(3) Requests to be notified which caption and case number the complaint is now filed under.

Should their have been an clerical error and the case is to be filed under the caption

2.

and civil number used on the March 10, 2008, court order:

(1) Please move forward with inclosed Notice to the Court;

(2) Ensure the record reflects the Plaintiff's timely filing of the said AMENDED COMPLAINT;

(3) Ensure the Plaintiff is not required to pay nor be charged unwarranted filing fees pursuant to in forma pauperis application protocols.

Thank you for your prompt attention to this matter.

Sincerely,    4, 20, 2008

[signature]