FILED

MAY 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR DANIEL SOLTERO,

    Plaintiff,

vs.

JOE McGRATH, et al.,

    Defendants.

No. C 08-1763 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED.**

Dated: May ___, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\SOLTERO1763.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VICTOR D. SOLTERO,

        Plaintiff,

v.

JOE MCGRATH et al,

        Defendant.

Case Number: CV08-01763 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Daniel Soltero K-36340
Kern Valley State Prison
D4-115
P.O. Box 5104
Delano, CA 93216

Dated: May 16, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk